UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Melissa Quisler and Joe Quisler,

Plaintiffs,

v.

Mayo Foundation, Mayo Clinic, Rochester, Michael Massee, M.D., and Timothy Wilson, M.D.,

Defendants.

Civil No. 00-1829 (ADM/AJB)

**ORDER**

---

The above-entitled matter came for hearing on April 26, 2001, before the Honorable United States Magistrate Judge Arthur J. Boylan, on Defendant, M. Massee, M.D.'s Motion for a Protective Order. Based upon all the files, records, and proceedings herein, as well as the arguments of counsel, Defendant's Motion is granted.

IT IS HEREBY ORDERED:

Plaintiffs are required to take Defendant Dr. Massee's deposition in Green Bay, Wisconsin, his place of work and residence, pursuant to Rule 26(c)(2).

Dated: 4/26, 2001

By: ______________________
The Honorable Arthur J. Boylan
Magistrate Judge, District of Minnesota

FILED APR 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______