UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Melissa Quisler and Joe Quisler,

Plaintiffs,

v.

Mayo Foundation, Mayo Clinic, Rochester, Michael Massee, M.D., and Timothy Wilson, M.D.,

Defendants.

Civil No. 00-1829 (ADM/AJB)

**ORDER**

---

On April ~~16~~ 26, 2001, Plaintiffs' motion seeking leave to amend their Complaint to add the claim of violation of Consumer Fraud Statute was briefed and argued before this court. Based upon the submitted memorandums of law, affidavits, arguments of counsel, and the court's record herein, it is hereby ordered as follows:

1. Plaintiffs are granted leave to amend their Complaint to include the claim of violation of the Consumer Fraud Statute, Minn. Stat. §325.69.

2. Plaintiffs serve and file their First Amended Complaint within thirty days of this Order.

Dated: 4/26/01

BY THE COURT:

Magistrate Judge Arthur Boylan

FILED APR 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______