UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

ORIGINAL

---

Melissa Quisler and Joe Quisler,

Plaintiffs,

v.

Mayo Foundation, Mayo Clinic, Rochester, Michael Massee, M.D., and Timothy Wilson, M.D.,

Defendants.

Civil No. 00-1829 (ADM/AJB)

**STIPULATION FOR DISMISSAL**

---

The parties in the above-captioned matter stipulate to the following: Drs. Wilson and Massee were acting within the scope of their employment in the care and treatment of Plaintiff Melissa Quisler at the Mayo Clinic Rochester during her care in 1999, of which said care was authorized both in action and manner by Mayo Clinic and Mayo Foundation. The Mayo Foundation and Mayo Clinic take full responsibility for the doctors' actions and any potential damages, including punitive damages, resulting therefrom. Accordingly, Drs. Wilson and Massee are hereby dismissed from this lawsuit with prejudice.

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

Dated: May 31, 2001

By: ______________________
Laura L. Enga (Atty. No. 257679)
1800 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 339-8131

Attorneys for Plaintiffs

FILED JUN 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: May 17, 2001

DORSEY & WHITNEY LLP

By: [signature]

William R. Stoeri (Atty. No. 140880)
Amy S. Hartman (Atty. No. 303446)
Pillsbury Center South
220 South Sixth Street
Minncapolis, MN 55402
Telephone: (612) 340-2600

Attorneys for Defendants

OF COUNSEL TO DEFENDANTS:
Ann Decker, Esq.
Joshua B. Murphy, Esq.
Mayo Foundation
Legal Department
221 Fourth Ave. SW
Rochester, MN 55905

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MELISSA QUISLER & JOE QUISLER,

Plaintiff,

ORDER

v.

Civil No. 00-1829(ADM/AJB)

MAYO FOUNDATION, MAYO CLINIC, ET. AL.,

Defendants.

---

Based upon the parties' executed Stipulation for Dismissal, IT IS HEREBY ORDERED AS FOLLOWS:

Defendants, Drs. Wilson and Massee, are hereby dismissed from the above-captioned action with prejudice.

Dated: May 31, 2001

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT