UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Civil File No. 00-1829 (ADM/AJB)

Melissa Quisler and Joe Quisler,

Plaintiffs,

v.

Mayo Foundation and Mayo Clinic, Rochester,

Defendants.

**STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL SCHEDULE**

---

The parties hereto, by and through their undersigned counsel, agree and stipulate to modification of the Court's pretrial schedule as follows:

1. Discovery shall be commenced in time to be completed by December 15, 2001.

2. Non-dispositive motions which relate to discovery shall be served and filed by the discovery deadline date of December 15, 2001.

Dated: Oct. 10, 2001

LOMMEN, NELSON, COLE & STAGEBERG, P.A.

By: Laura L. Enga
Laura L. Enga (No. 257679)
1800 IDS center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 339-8131

ATTORNEY FOR PLAINTIFFS

FILED OCT 11 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: September 27, 2001

DORSEY & WHITNEY LLP

By: Amy S. Hartman

William R. Stoeri (No. 140880)
Amy S. Hartman (No. 303446)
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

ATTORNEYS FOR DEFENDANTS

OF COUNSEL TO DEFENDANTS:
Ann Decker, Esq.
Joshua B. Murphy, Esq.
Mayo Foundation
Legal Department
221 Fourth Avenue SW
Rochester, MN 55905

**IT IS SO ORDERED** this 11th day of October, 2001.

Arthur J. Boylan
United States Magistrate Judge