UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MELISSA QUISLER AND JOE QUISLER,

Plaintiffs,

v.

MAYO FOUNDATION, ET AL.,

Defendants.

Civil No. 00-1829 ADM/AJB

NOTICE OF
RESCHEDULED HEARING

---

You are hereby given notice that Plaintiff's motion to amend Complaint and add a claim for punitive damages will be held on November 21, 2001, at **2:30 p.m.**, in Courtroom 628(A) of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge. The hearing was previously scheduled at 1:30 p.m. on the same date.

Dated: October 30, 2001

Arthur J. Boylan
United States Magistrate Judge

Filed OCT 30 2001
Richard Sletten, Clerk
Judgment Entered __________
Deputy Clerk's Initials __________