**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION**

---

MELISSA QUISLER and
JOE QUISLER,

Plaintiffs,

Civil No. 00-1829 ADM/AJB

v.

**ORDER**

MAYO FOUNDATION, and
MAYO CLINIC ROCHESTER,

Defendants.

---

This case came before the Court on Plaintiffs' motion to amend to plead punitive damages as to the claim of battery. Based on the file, affidavits, memoranda and arguments of counsel, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' motion is granted [Docket No. 30].

Dated: 11/26/01

Arthur J. Boylan
United States Magistrate Judge

**MEMORANDUM**

A Plaintiff seeking leave to demand punitive damages "is not required to demonstrate an entitlement to punitive damages *per se*, but only an entitlement to allege such damages." Ulrich v. City of Crosby, 848 F.Supp. 861, 867 (D. Minn. 1994) (emphasis in original). This requires a plaintiff to demonstrate *prima facie* evidence of entitlement. Id. "[P]rima facie evidence is that

FILED NOV 27 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

evidence which, if unrebutted, would support a judgment in the movant's favor." Swanlund v. Shimano Indus. Corp., Ltd., 459 N.W.2d 151, 154 (Minn. Ct. App. 1990).

Plaintiffs' motion relies on the "deliberate disregard" standard of MINN. STAT. § 549.20. Under that standard, "the Court is obliged to search for evidence which is 'clear and convincing.' To be 'clear and convincing,' there must be 'more than a preponderance of the evidence but less than proof beyond a reasonable doubt.'" Ulrich, 848 F.Supp. at 868.

Here, the Court concludes that Plaintiffs have provided evidence that, if unrebutted, would allow a reasonable jury to find, by clear and convincing evidence, that Defendants deliberately disregarded Mrs. Quisler's rights to be free from non-consensual touching. According to Mrs. Quisler's allegations, this is not a just a case of a doctor acting without the patient's consent. Plaintiffs contend that the nature of the surgery–in terms of who performed the surgery–directly contravened of her explicit directives. This smacks of deliberate disregard.

AJB