UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION-MINNEAPOLIS

Melissa Quisler and Joe Quisler,
Plaintiffs,

Civil 00-1829 ADM/AJB

v.

Mayo Foundation and Mayo Clinic, Rochester,
Defendants.

COST JUDGMENT

The costs of Defendants have been taxed and allowed by the Clerk of this Court against Plaintiffs Melissa and Joe Quisler as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 1,887.90 | $ 1,887.90 |
| Fees for witnesses | $ 4,522.78 | $ 4,522.78 |
| Fees for exemplification and copies | $ 5,135.53 | $ 997.68 |
| TOTAL: | $ 11,546.21 | $ 7,408.36 |

Costs, therefore, are taxed in the sum of Seven Thousand Four Hundred Eight Dollars and 36/100 ($7,408.36) in favor of Defendants Mayo Foundation and Mayo Clinic, Rochester and against Plaintiffs Melissa and Joe Quisler and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of September 6, 2002.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti
Amy M. Leonetti
Law Clerk

FILED SEP 06 2002
RICHARD D. SLETTEN
JUDGMENT ENTD SEP 06 2002
DEPUTY CLERK