**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Melissa Quisler and Joe Quisler,

Plaintiffs,

v.

Mayo Foundation and Mayo Clinic,

Defendants.

**MEMORANDUM OPINION AND ORDER**
Civil No. 00-1829 ADM/AJB

---

Laura L. Enga, Esq., Lommen, Nelson, Cole & Stageberg, P.A., Minneapolis, Minnesota, on behalf of the Plaintiffs.

Amy S. Hartman, Esq., Dorsey & Whitney, LLP, Minneapolis, Minnesota, on behalf of the Defendants.

---

In response to the Plaintiffs' Motion for Court's Review of Clerk's Taxation of Costs [Docket No. 92], the Court finds reasonable costs to be assessed as follows:

A. Fees for Deposition Transcripts:

| | | |
|---|---|---|
| 1. | Melissa and Joe Quisler | $ 1195.40 |

B. Witness Fees

| | | |
|---|---|---|
| 1. | Timothy O. Wilson, M.D. | $ 415.44 |
| 2. | Michael Massee, M.D. | $ 857.70 |
| 3. | Harris Robert Prager, M.D. | $ 1825.70 |
| 4. | Susan M. Ille, R.N. | $ 104.24 |
| 5. | Frank Wen-Yung Ling, M.D.[1] | $ 191.20 |

---

[1] The costs attributable to this witness originally reflected round-trip airfare from Aspen, CO, where he was presenting at a medical seminar, to Minneapolis, MN for his appearance at trial. The choice of Defendants to enlist an expert witness from Colorado and the attendant expense is not taxable to the Plaintiffs. His hotel accommodations in Minnesota, however, are a permissible cost.

FILED 11-5-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

C. Exemplification and Copy Fees

1. Trial Exhibit Copies $ 295.68

Total $ 4885.36

The Court determines other expenses submitted are not taxable against the Plaintiffs. The Clerk's Cost Judgment of September 6, 2002, [Docket No. 91] shall be amended accordingly and the sum of Four Thousand Eight Hundred Eighty-Five Dollars and 36/100 ($4885.36) is taxed against Plaintiffs in favor of Defendants Mayo Foundation and Mayo Clinic.

Based on the foregoing, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Motion for Court's Review of Clerk Taxation [Docket No. 92] with respect to the deposition transcript of Melissa Quisler, the witness fees for Dr. Wilson and Dr. Massee, the hotel expenses of Dr. Ling, the travel expenses of Dr. Prager, and the exhibit photocopying expenses is **DENIED**,
2. Plaintiffs' Motion for Court's Review of Clerk Taxation [Docket No. 92] with respect to the deposition transcripts of Dr. Wilson and Dr. Massee, the airfare expenses of Dr. Ling, and the trial exhibit enlargements is **GRANTED**,
3. The exclusion of taxation of costs of obtaining medical records is **AFFIRMED**.

LET JUDGMENT BE ENTERED ACCORDINGLY

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: November 5, 2002